# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

In the Matter of the Search of )
*(Briefly describe the property to be searched or identify the person by name and address)* )
) Case No. 13-mc-5487
Apple I-Phone 4-S, Serial Number )
DNPJNCG3DP0N )

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

Apple I-Phone 4-S, Serial Number DNPJNCG3DP0N

located in the ___Eastern___ District of ___Louisiana___, there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment A

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☐ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a)(1) | Possession with Intent to Distribute a Controlled Substance |
| 21 U.S.C. § 843(b) | Use of a Communication Facility to Facilitate a Drug Felony |
| 21 U.S.C. § 846 | Conspiracy with Intent to Distribute a Controlled Substance |

The application is based on these facts:

See attached affidavit

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

Andrew Roccaforte, Task Force Officer, DEA
*Printed name and title*

Sworn to before me and signed in my presence.

Date: ___08/20/2013___

_____
*Judge's signature*

City and state: New Orleans, Louisiana

Honorable Karen Wells Roby, U.S. Magistrate Judge
*Printed name and title*

**AFFIDAVIT**

Being duly sworn, Task Force Officer Andrew Roccaforte does depose and state:

1. Your Affiant, Andrew Roccaforte, is a Task Force Officer (TFO) with the Drug Enforcement Administration (DEA), and has been so assigned since May 2012. Your Affiant has been employed with the New Orleans Police Department ("NOPD") for twenty-two years. During the course of your Affiant's employment with NOPD, your Affiant has conducted numerous investigations of controlled substances violations in conjunction with agents and officers from numerous jurisdictions. Your Affiant has also conducted or assisted in numerous investigations which have led to the arrest and conviction of persons for violations dealing with sales, possession and/or manufacture of cocaine, methamphetamine, heroin, marijuana and other controlled substances, money laundering and the seizure and forfeiture of assets. As part of these investigations, your Affiant has been able to interview many arrested subjects. Through these interviews, your Affiant has learned how and why these offenders conduct various aspects of their drug trafficking activities, to include manufacturing, packaging, distribution, transportation, and concealment of controlled substances and assets and money laundering. Throughout your Affiant's career, your Affiant has continued to receive training in subjects covering numerous aspects related to the investigation of drug trafficking violations, to include but not limited to the possession, sales, manufacturing, and transportation of controlled substances, money laundering, and asset forfeiture.

2. Your Affiant renders this affidavit in support of an application for a search warrant for two cellular phones (see Attachment A) seized and maintained as state evidence following a traffic stop on August 8, 2013, conducted on a silver 2006 Nissan Titan (LA#X838525, registered to Christopher JOSEPH, 7433 Dogwood Drive, New Orleans, Louisiana 70127) at 5129 Lakeview Court in New Orleans, Louisiana, described as follows:

    a. Apple I-Phone 4-S, serial #DNPJNCG3DP0N

    b. Kyocera Virgin Mobile, serial# A0000027FE791C

3. Your Affiant renders this affidavit in support of an application for a search warrant for one cellular phone (see Attachment A) seized and maintained as state evidence following a traffic stop conducted on a white 2008 Infiniti (LA#WXU 608, registered to Christopher JOSEPH, 7433 Dogwood Drive, New Orleans, Louisiana, 70127) on Interstate I-10 east in Laplace, Louisiana, on August 8, 2013.

    c. Samsung Galaxy, model #SGH-T999, serial #R21CB7585ZB

4. Based upon his training, experience, and involvement in this investigation, your Affiant knows that drug traffickers commonly use cellular phones to communicate with their criminal associates. These cell phones contain evidence regarding the dates and times of calls to and from their criminal associates as well as stored information regarding the telephone numbers, names, alias names, and saved text messages (both sent and received) to and from their criminal associates.

5. The information in this Affidavit is based in part on the knowledge of other law enforcement officials, interviews of cooperating sources and defendants, and upon you Affiant's experience and background as a New Orleans Police Officer and Task Force Officer of the DEA. Since this Affidavit is being submitted for the limited purpose of securing the authorization to search for the items requested in the Application for Search Warrant, you Affiant has set forth the facts that your affiant believes are necessary to establish the requisite foundation for the Warrant to be issued.

6. Within 72 hours inclusive of Thursday, August 8, 2013, your Affiant received information from a proven, reliable Confidential Informant regarding the sales of narcotics, more specifically the sale of Cocaine by Andrew BROWN (B/M 09-14-1979) and Christopher JOSEPH (BM 07-28-1979) who reside at 7433 Dogwood Drive, New Orleans, Louisiana. The Confidential Informant told your Affiant that two black males known to him/her as "Tank" (a/k/a Andrew BROWN) and Chris (a/k/a Christopher JOSEPH) were distributing Cocaine.

7. On August 7, 2013, your Affiant and Special Agent ("SA") Robert Robinson received information from a credible and reliable source ("CS") that JOSEPH was planning on acquiring kilogram quantities of Cocaine. The CS advised that JOSEPH would utilize either a Chevrolet Malibu or Impala as the transport vehicle. On this date, TFO Roccaforte conducted surveillance of 7433 Dogwood Drive and 4537 Viola Street, New Orleans, Louisiana. Your Affiant observed a 2011 Chevrolet Malibu ,LA# WVT 408, in the 4500 block of Viola Street, New

Orleans, Louisiana. TFO Roccaforte observed JOSEPH's 2008 Infiniti M35, LA# WXU 608, at 7433 Dogwood Drive.

8. During surveillance on this date, your Affiant and other agents observed JOSEPH and Brown at 7433 Dogwood Drive. Agents confirmed that neither JOSEPH nor BROWN had yet departed to acquire the kilogram quantities of cocaine.

9. On August 8, 2013, your Affiant and SA Robinson utilized electronic surveillance techniques to confirm that the 2011 Chevrolet Malibu, LA# WVT 408, and the 2008 Infiniti M35, LA# WXU 608, were traveling toward Texas. On this date, the CS stated that he/she believed that BROWN was driving the Infiniti and that BROWN's unknown girlfriend was driving the Malibu to Houston, Texas, to purchase Cocaine and deliver it back to New Orleans for BROWN and JOSEPH. The CS advised that the Cocaine would be concealed in the Chevrolet Malibu, LA#WVT 408, on the return trip. On this date, your Affiant informed Louisiana State Police of the facts of this investigation.

10. On Thursday, August 8, 2013, at approximately 7:40 p.m., members of the Louisiana State Police Criminal Patrol Division ("LSP") stopped the Chevrolet Malibu, LA# WVT 408, and the Infiniti, LA# WXU 608, on interstate I-10 east near Laplace, Louisiana, for traffic violations. During the traffic stop, LSP Troopers seized approximately two (2) kilograms of Cocaine from inside the Chevrolet Malibu. The driver of the Malibu, Megan TONTH, offered a statement to LSP Troopers that she and Andrew BROWN had just come from Houston, Texas, and that she was transporting the Cocaine under the direction of BROWN. LSP Troopers placed TONTH and BROWN under arrest for narcotics violations.

11. SA Mark Webber and Task Force Officer ("TFO") Jules Martin met LSP Troopers and collected BROWN's cellular phone, the Samsung Galaxy described above.

12. At approximately 8:45 p.m., TFO Sergeant Sam Palumbo along with NOPD Seventh District Task Force Officers conducted a traffic stop of JOSEPH's silver Nissan Titan, LA# X838525, at 5129 Lakeview Court, New Orleans, Louisiana. The Titan was occupied by Christopher JOSEPH (driver) and Isaac THOMPSON (front passenger).

13. TFO Palumbo advised JOSEPH and THOMPSON that they were being detained as part of an ongoing narcotics investigation. JOSEPH consented to a search of his Nissan Titan where TFO Palumbo recovered and seized the above-described Apple iPhone and Kyocera cell phone from the center console of JOSEPH's Nissan Titan. These two cellular phones were maintained in the custody of your Affiant at the Drug Enforcement Administration, 3838 North Causeway Blvd, Metairie, Louisiana.

WHEREFORE, your Affiant believes that sufficient probable cause exists to believe that the two cell phones seized from inside of Christopher JOSEPH's 2006 Nissan Titan on August 8, 2013, and the one cell phone seized from Andrew BROWN on August 8, 2013, described above, contain information and records, as more particularly described on Attachment A to this Affidavit, that could link Christopher JOSEPH, Andrew BROWN, and others as criminal associates in violations of 21 U.S.C. 841(a)(1), 843(b), and 846.

_____
Andrew Roccaforte
Task Force Officer
Drug Enforcement Administration


Subscribed and sworn to before me this 20th day of August, 2013.

_____
HONORABLE KAREN WELLS ROBY
UNITED STATES MAGISTRATE JUDGE